IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 00-cv-01864-REB-BNB

(Consolidated with 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re: ICG COMMUNICATIONS, IN., SECURITIES LITIGATION
_____

**ORDER**
_____

This matter is before me on **Lead Plaintiffs' Motion for Leave to File a Second Consolidated and Amended Class Action Complaint** (the "Motion"), filed March 15, 2005. The defendants responded on June 14, 2005, and the plaintiffs filed a reply on July 7, 2005.

The defendants oppose the amendment arguing that there has been undue delay and that the amendment is futile, citing Foman v. Davis, 371 U.S. 178 (1962).  I do not agree.  The plaintiffs have acted with reasonable diligence under the circumstances, nor can I say on the record now before me that the amendments are futile as a matter of law.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept for filing the Second Consolidated and Amended Complaint.  The defendants shall respond to the Second Consolidated and Amended Complaint on or before **August 1, 2005**.

Dated July 18, 2005.

                                                  BY THE COURT:

                                                  /s/ Boyd N. Boland
                                                  United States Magistrate Judge