**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 00-cv-1864-REB-BNB (Consolidated with 00-cv-1908-REB-BNB,
00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB,
00-cv-1954-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB,
00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB,
00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re ICG COMMUNICATIONS, INC. SECURITIES LITIGATION
_____

## MINUTE ORDER

        Defendants' Motion for Leave to File an Oversized Brief [#159], filed August 1,
2005, is GRANTED and the Defendants' Motion to Dismiss Plaintiffs' Second
Consolidated and Amended Complaint [#160], is accepted for filing.

Dated:  August 2, 2005
-------------------------------------------------------------------------------------------------------------------