IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 00-cv-01864-REB-BNB

(Consolidated with 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re: ICG COMMUNICATIONS, IN., SECURITIES LITIGATION
_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Stay Proceedings In Part** (the "Motion"), filed August 1, 2005.

IT IS ORDERED that the Motion is GRANTED as follows:

1. Pending a decision on the defendants' motion to dismiss the Second Consolidated and Amended Complaint:

    (a) Discovery shall be limited to requests for production of documents, interrogatories, and requests for admissions related to (i) the allegations sustained in the Order dated August 24, 2004, and (ii) the proposed class under the Second Consolidated and Amended Complaint. All other discovery is stayed;

    (b) Briefing on the issue of class certification is stayed;

2. Defendants shall file their response to the class certification motion within 60 days after a ruling on the defendants' motion to dismiss the Second Consolidated and Amended Complaint; and

3. Plaintiffs shall file a status report within 10 days after a ruling on the defendants' motion to dismiss the Second Consolidated and Amended Complaint addressing all pretrial proceedings they believe are appropriate.

Dated August 5, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge