# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 00-cv-1864-REB-BNB (consolidated with Civil Action Nos. 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1954-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re ICG COMMUNICATIONS, INC. SECURITIES LITIGATION

This Document Relates To:  All Actions.
_____

# ORDER
_____

This matter comes before the Court on Lead Plaintiffs' Unopposed Motion for Leave to File an Oversized Brief in Response to Defendants' 35-Page Motion to Dismiss.  This Court, having reviewed the Motion, and being fully advised in the premises, hereby Orders that the Motion is GRANTED.  Lead Plaintiffs shall be allowed to file a 35-page opposition brief in response to Defendants' Motion to Dismiss Plaintiffs' Second Consolidated and Amended Complaint.

Dated: August 18, 2005

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn,
                                        United States District Court Judge