IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 00-cv-01864-REB-BNB

(Consolidated with 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re: ICG COMMUNICATIONS, IN., SECURITIES LITIGATION
_____

**ORDER**
_____

This matter is before me on the following motions:

**Defendants' Motion to Compel Discovery Pursuant to Fed. R. Civ. P. Rule 37(a)** (the "Motion to Compel"), filed August 10, 2005; and

**Defendants' Motion to Submit a Reply In Further Support of Their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. Rule 37(a)** (the "Motion to File Reply"), filed September 2, 2005.

I held a hearing on the motions yesterday and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART. The Motion to Compel is GRANTED as follows:

(1) With respect to Instruction 16, the plaintiffs shall produce all documents in their possession, custody, and control. The documents in the possession of the plaintiff's investment advisors, which the plaintiffs have no right to obtain, are not in the plaintiffs' possession, custody, or control, however; and

(2)     With respect to Interrogatory 2, the plaintiffs shall "[i]dentify the 'over 20 former ICG employees and customers' who were 'contacte[d] and interview[ed]' as part of the 'investigation' described in paragraphs 2 and 38 of the Amended Complaint."

IT IS FURTHER ORDERED that the Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiffs shall make supplemental discovery responses consistent with this order on or before **September 21, 2005**.

IT IS FURTHER ORDERED that the Motion to File Reply is GRANTED.

Dated September 7, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge