IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 00-cv-01864-REB-BNB

(Consolidated with 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re: ICG COMMUNICATIONS, IN., SECURITIES LITIGATION
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Vacate Discovery Cut-Off and Set Deadline for Submission of Proposed Amended Scheduling Order** (the "Motion"), filed December 20, 2005.

The case raises securities fraud claims and is subject to the Private Securities Litigation Reform Act, which imposes a stay of discovery and other proceedings pending a decision on any motion to dismiss. A motion to dismiss was filed in August 20054 and is pending. Consequently, discovery on the merits of the case has not been taken. Although I am willing to establish a new schedule after the motion to dismiss is ruled on, the case is set for a trial beginning September 11, 2006. It would be inappropriate for me to vacate pretrial deadlines so long as the trial date is unchanged. Consequently, the parties are directed to file a motion to vacate or reset the trial. If such relief is granted by the district judge, I will entertain a motion to reset the schedule.

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE and may be renewed when and if the parties obtain an order vacating the trial or resetting it to a later date.

Dated January 13, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge