**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 00-RB-1864 (BNB) (consolidated with Civil Action Nos. 00-RB-1908, 00-RB-1910, 00-RB-1919, 00-RB-1945, 00-RB-1954, 00-RB-1957, 00-RB-1963, 00-RB-1996, 00-RB-2040, 00-RB-2074, 00-RB-2149, 00-RB-2243, and 00-RB-2316)

IN RE ICG COMMUNICATIONS, INC. SECURITIES LITIGATION

**ORDER CONCERNING STIPULATED MOTION TO
RESET TRIAL AND EXTEND DEADLINES**

**Blackburn, J.**

This matter is before me on the following motions: 1) the parties' **Stipulated Motion to Vacate or Reset Trial Date and Extend the Deadlines to Oppose Class Certification and Answer the Second Amended Complaint** [#190], filed February 23, 2006; and 2) the plaintiffs' motion to certify a plaintiff class [#115], filed February 28, 2005. The stipulated motion will be granted in part and denied in part, and the plaintiffs' motion to certify a plaintiff class will be denied without prejudice.

The plaintiffs' motion to certify a plaintiff class [#115], was filed February 28, 2005. Briefing on that motion was stayed pending resolution of the defendants' motion to dismiss. On February 7, 2006, I entered an order denying the motion to dismiss and setting deadlines for completion of briefing on the motion to certify a class. The parties now seek a further stay of briefing on this motion, so they may engage in mediation of this dispute. Rather than extend the stay on briefing further, I will deny the plaintiff's motion to certify a class without prejudice, and I will permit the plaintiff to re-file its motion to certify a class no fewer than 80 days before trial. If the plaintiffs wish to re-file

their motion to certify a plaintiff class [#115], then they may simply file a brief motion stating their desire to re-assert that motion on the grounds stated in their previously filed motion to certify a plaintiff class.

The defendants seek an extension of time to file their answer to the Second Amended Complaint. The parties ask that I extend that deadline to March 17, 2006. This motion will be granted.

Finally, the parties ask that I vacate or reset the trial in this case. Trial currently is set for September 11, 2006. The parties note that have not yet conducted discovery concerning new allegations in the current Second Amended Complaint, as contrasted with the First Amended Complaint. That discovery was stayed pending resolution of the recently resolved motion to dismiss. In addition, the parties again note their desire to engage in mediation of this dispute.

While I applaud and encourage the parties' efforts to resolve this case short of trial, I cannot conclude that such efforts justify a further delay of the trial in this case. This case has been pending since September 22, 2000. For a variety of reasons, some attributable to the court, it appears that it will take six years to resolve this case, by trial or otherwise. Again, I encourage efforts to resolve this case before trial. However, if a trial is necessary to achieve a resolution, I will do my best to ensure that a trial will be held in September of this year.

I note also that the parties have indicated that they must conduct further discovery concerning the new allegations in the Second Amended Complaint. Nothing in the record, however, indicates that this discovery cannot be completed in time for a trial on September 11, 2006, or that this discovery cannot be conducted concurrently with the parties' mediation efforts.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion to Vacate or Reset Trial Date and Extend the Deadlines to Oppose Class Certification and Answer the Second Amended Complaint** [#190], filed February 23, 2006, is **GRANTED** in part and **DENIED** in part, as stated below;

2. That the plaintiffs' motion to certify a plaintiff class [#115], filed February 28, 2005, is **DENIED** without prejudice;

3. That the plaintiffs **MAY RE-FILE** their motion to certify a plaintiff class no fewer than 80 days before trial;

4. That if the plaintiffs wish to re-file their motion to certify a plaintiff class on the grounds asserted in their previous motion [#115], filed February 28, 2005, then they may file a brief motion stating their desire to re-assert their motion for class certification on the grounds stated in their previously filed motion;

5. That the deadline for the defendants to file an answer to the Second Amended Complaint is **EXTENDED** to **March 17, 2006**; and

6. That the parties' motion to vacate or reset the current trial date, as stated in the stipulated motion [#190], filed February 23, 2006, is **DENIED**.

Dated March 3, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**