IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 00-cv-01864-REB-BNB

(Consolidated with 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re: ICG COMMUNICATIONS, IN., SECURITIES LITIGATION
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Amend January 21, 2005 Scheduling Order** [Doc. # 193, filed 3/10/06] (the "Stipulated Motion"). The Stipulated Motion seeks an extension of numerous pretrial deadlines. The case is set for trial beginning September 11, 2006.

Among other things, the parties request that the dispositive motion deadline be extended to "[n]o later than August 15, 2006." The trial date, however, is September 11, 2006. What sense does it make to allow complex summary judgment motions to be filed less than 30 days before the trial? Briefing would have to be accelerated if the motions are to be at issue pre-trial, and the district judge would have no opportunity to rule.

I find that good cause exists to grant the Stipulated Motion and extend all requested deadlines other than the dispositive motion deadline. As to dispositive motions, the parties' request is unworkable. Accordingly:

IT IS ORDERED that the Stipulated Motion is GRANTED, and the case schedule is modified to the following extent:

**Discovery Cut-Off:** August 11, 2006

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 11, 2006**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 1, 2006**

**Final Pretrial Conference:** The final pretrial set for May 2, 2006, at 9:00 a.m., is VACATED and RESET to **August 11, 2006, at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **August 7, 2006**.

IT IS FURTHER ORDERED that the Stipulated Motion is DENIED insofar as it seeks an extension of the dispositive motion deadline.

Dated March 13, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge