**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 00-cv-1864-REB-BNB (consolidated with Civil Action Nos. 00-cv-1908-REB-BNB, 00-cv-1910-REB-BNB, 00-cv-1919-REB-BNB, 00-cv-1945-REB-BNB, 00-cv-1954-REB-BNB, 00-cv-1957-REB-BNB, 00-cv-1963-REB-BNB, 00-cv-1996-REB-BNB, 00-cv-2040-REB-BNB, 00-cv-2074-REB-BNB, 00-cv-2149-REB-BNB, 00-cv-2243-REB-BNB, and 00-cv-2316-REB-BNB)

In re ICG COMMUNICATIONS, INC. SECURITIES LITIGATION

This Document Relates To:  All Actions.

_____

MINUTE ORDER[1]
_____

      Defendants' Motion to Submit a Reply in Further Support of Their Rule 72 Objections to March 13, 2006 Order [#201] filed April 12, 2006, is GRANTED and Defendant's Reply in Further Support of Their Rule 72 Objections to March 13, 2006 Order, submitted as an attachment to their motion, is accepted for filing.

Dated:  May 24, 2006
----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

1