**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  00-cv-01864-REB-BNB (Consolidated with 00-cv-01908-REB-BNB, 00-cv-01910-REB-BNB, 00-cv-01919-REB-BNB, 00-cv-01945-REB-BNB, 00-cv-01954-REB-BNB, 00-cv-01957-REB-BNB, 00-cv-01963-REB-BNB, 00-cv-01966-REB-BNB, 00-cv-02040-REB-BNB, 00-cv-02074-REB-BNB, 00-cv-02149-REB-BNB, 00-cv-02243-REB-BNB, and 00-cv-02316-REB-BNB)

In re: ICG COMMUNICATIONS, INC. SECURITIES LITIGATION

_____

MINUTE ORDER[1]
_____

 The parties' joint motion for a limited stay and for approval of deadlines [#205], filed May 25, 2006, is granted.  This case is stayed temporarily, pending compliance with the deadlines outlined in this minute order.

 The deadline for completion of the proposed settlement and stipulation of settlement is **July 6, 2006**.  The deadline for filing a motion for preliminary approval of the class action settlement is **July 20, 2006**.

 If the parties are unable to meet either of these deadlines, then they shall file a written notice stating that they have been unable to meet such deadline within two business days after the deadline.  The court then will schedule immediately a status conference to schedule such proceedings as are necessary to prepare this case for trial beginning September 11, 2006.

Dated:  June 14, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.