**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  00-cv-01864-REB-BNB (Consolidated with 00-cv-01908-REB-BNB, 00-cv-01910-REB-BNB, 00-cv-01919-REB-BNB, 00-cv-01945-REB-BNB, 00-cv-01954-REB-BNB, 00-cv-01957-REB-BNB, 00-cv-01963-REB-BNB, 00-cv-01966-REB-BNB, 00-cv-02040-REB-BNB, 00-cv-02074-REB-BNB, 00-cv-02149-REB-BNB, 00-cv-02243-REB-BNB, and 00-cv-02316-REB-BNB)

In re: ICG COMMUNICATIONS, INC. SECURITIES LITIGATION

_____

**MINUTE ORDER**[1]
_____

        Lead Plaintiffs' Unopposed Motion for Leave to File Two Oversized Motions in Support of (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation and Certification of Settlement Class, and (2) Lead Plaintiffs' Motion in Support of Award of Attorneys' Fees and Reimbursement of Litigation Expenses [#216], filed December 13, 2006, is GRANTED.  Lead Plaintiffs shall be permitted to file and serve a 23-page Settlement Motion and a 27-page Fee Motion.

Dated:  December 13, 2006
--------------------------------------------------------------------------------------------------------------

_____

        [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.