**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date: January 12, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  00-cv-01864-REB-BNB**

| ICG COMMUNICATIONS SECURITIES LITIGATION, | Jeffrey Berens |
| | Jessica Hoff |
| | Charles Lilley |
| | Karyn Yaffee |
| | Norman Berman |
| | Jeffery Leibell |
| | Eric Kanefsky |

---

**COURTROOM MINUTES**

---

**Hearing: Fairness Hearing on Settlement**

**10:10 a.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

Statements to the Court by Mr. Jeffrey Berens, for the plaintiffs.

Statements to the Court by Ms. Karyn Yaffee, for the defendants.

**It was ORDERED:**

      1.    Plaintiff's Motion for Order to *Approve Class Action Settlement, Plan of Allocation and Certification of Settlement Class,* [#217] filed December 13, 2006, is **taken under advisement.**

      2.    Plaintiff's Motion for Attorney Fees *and Reimbursement of Litigation Expenses*, [#218] filed December 13, 2006, is **taken under advisement.**

**10:20 a.m.**     **Court in recess.**

*Total court time: 00:10 minutes - hearing concluded*